IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHNNY LINSON,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   No. 3:06-CV-39<br>)   (Phillips) |
| LOCKHEED MARTIN ENERGY SYSTEMS, INC.,<br>and BWXT Y-12, L.L.C.,<br>    Defendant. | )<br>)<br>) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant Lockheed Martin Energy Systems, Inc. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Johnny Linson take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant Lockheed Martin Energy Systems, Inc. recover of the plaintiff Johnny Linson its costs of action.

The final pretrial conference scheduled for July 24, 2006 and the trial scheduled for July 31, 2006 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of June, 2006.

                                                s/ Patricia L. McNutt
                                                Clerk of Court