IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHNNY LINSON, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:06-CV-39 |
| ) | (Phillips) |
| LOCKHEED MARTIN ENERGY SYSTEMS, INC., ) | |
| and BWXT Y-12, L.L.C., ) | |
|     Defendant. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant BWXT Y-12, L.L.C. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Johnny Linson take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant BWXT Y-12, L.L.C. recover of the plaintiff Johnny Linson its costs of action.

The final pretrial conference scheduled for July 24, 2006 and the trial scheduled for July 31, 2006 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of June, 2006.

                                                        s/ Patricia L. McNutt
                                                        Clerk of Court